UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JANE DOE,

                                                               Civil Action No:19-cv-00284

             Plaintiff,

                                                      **NOTICE OF APPEARANCE**

      -against-

UNION COLLEGE, THE BOARD OF TRUSTEES
OF UNION COLLEGE, MELISSA A. KELLEY,
individually and as an agent for Union College, TRISH
WILLIAMS, individually and as an agent for Union
College; DARCY A. CZAJKA, individually and as
an agent for Union College,

                                   **Defendants.**
-------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that the undersigned, Nesenoff & Miltenberg, LLP, hereby appears on behalf of Plaintiff Jane Doe ("Plaintiff") in the within action, and that we demand that you serve all papers upon us, and contact us with all information regarding the within action, at the address and telephone number set forth below.

**Dated:** New York, New York
           March 1, 2019

                                                      **NESENOFF & MILTENBERG, LLP**
                                                      *Attorneys for Plaintiff*

                                        **By:** *Gabrielle Vinci*
                                                   **Gabrielle Vinci, Esq.**
                                                   **363 Seventh Avenue – 5th Floor**
                                                   **New York, New York 10001**
                                                  **Tel: 212.736.4500**

1