# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JANE DOE,                                                                                    Civ. Action No:

                 Plaintiff,

    -against-

UNION COLLEGE, THE BOARD OF TRUSTEES
OF UNION COLLEGE, MELISSA A. KELLEY,
Individually and as an agent for Union College,
TRISH WILLIAMS, individually and as an agent for
Union College, Darcy A. Czajka, individually and as
An agent for Union College

                Defendants.
------------------------------------------------------------------------X

## [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO PROCEED UNDER A PSEUDONYM AND FOR A PROTECTIVE ORDER

Upon Plaintiff's *Ex Parte* Motion to Proceed Under a Pseudonym and for a Protective Order, and upon review of the Complaint, Declaration of Andrew T. Miltenberg, Esq., and the accompanying Memorandum of Law in Support of Motion, it is hereby

**ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under a Pseudonym is **GRANTED**, and it is

**FURTHER ORDERED**, that the Plaintiff's Motion for a Protective Order prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise, is **GRANTED.**

**Dated: March ___, 2019**

                                                                    _____
                                                                           , U.S.D.J.