UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---

JANE DOE,

        Plaintiff,

-against-                          **NOTICE OF APPEARANCE**
                                               1:19-cv-284 GTS/CFH

UNION COLLEGE, THE BOARD OF TRUSTEES
OF UNION COLLEGE, MELISSA A. KELLEY,
Individually and as an agent for Union College,
TRISH WILLIAMS, individually and as an agent for
Union College, and DARCY CZAJKA, individually and
as an agent for Union College,

        Defendants.

---

**TO THE CLERK OF THE COURT AND
ALL PARTIES OF RECORD:**

        **PLEASE TAKE NOTICE,** that the undersigned also appears as an attorney of record to be noticed on behalf of the defendants, Union College, The Board of Trustees of Union College, Melissa A. Kelley, Trish Williams and Darcy Czajka, in the above-entitled action in addition to that of Michael J. Murphy, Lead Attorney, from the office of Carter, Conboy, Case, Blackmore, Maloney & Laird, P.C..

DATED:      March 27, 2019        CARTER, CONBOY, CASE, BLACKMORE,
                                                        MALONEY & LAIRD, P.C.

                                                        By: /s/ Brienna Christiano
                                                        BRIENNA L. CHRISTIANO
                                                        Bar Roll No.: 519960
                                         Attorneys for defendants, Union College, The
                                         Board of Trustees of Union College, Melissa A.
                                         Kelley, Trish Williams and Darcy Czajka
                                         Office and P.O. Address
                                         20 Corporate Woods Boulevard
                                         Albany, NY  12211-2396
                                         Phone: (518) 465-3484
                                         E-Mail: bchristiano@carterconboy.com

TO: NESENOFF & MILTENBERG, LLP
Attorneys for Plaintiff
363 Seventh Avenue, Fifth Floor
New York, NY 10001