

# CARTER | CONBOY

### ATTORNEYS AT LAW

Michael J. Murphy
Shareholder
Email: mmurphy@carterconboy.com
Direct: (518) 810-0510

March 27, 2019

**VIA ECF FILING**
United States District Court
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse, NY  13261-7367

Att:  Hon. Glenn T. Suddaby
Re:   Jane Doe v. Union College, et al.
      Case No. 1:19-cv-284 GTS/CFH
      Our file: 29780

Dear Judge Suddaby:

Our firm has been retained to represent the defendants in this lawsuit. We intend to file a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Pursuant to this Court's Local Rules, we are seeking permission to file a Memorandum of Law in excess of the 25-page limit set forth in Rule 7.1(a)(1). We do not anticipate that the Memorandum of Law will exceed thirty-five (35) pages. This enlargement is necessary to permit the defendants to address plaintiff's complaint, consisting of 272 paragraphs over 45 pages, and to cover numerous points in the Memorandum of Law.

Thank you for your consideration of this request.

Respectfully submitted,

MICHAEL J. MURPHY
Bar Roll No.: 102244
E-Mail: mmurphy@carterconboy.com

MJM:mmk

United States District Court
Northern District of New York
March 27, 2019
Page 2

cc:   **<u>Via ECF Filing</u>**
Andrew T. Miltenberg, Esq.
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001