UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                Plaintiff,

    -against-

UNION COLLEGE, THE BOARD OF TRUSTEES
OF UNION COLLEGE, MELISSA A. KELLEY,
Individually and as an agent for Union College,
TRISH WILLIAMS, individually and as an agent
for Union College, and DARCY CZAJKA, individually
and as an agent for Union College,

                Defendants.

**NOTICE OF MOTION**
**Civil Case No. 1:19-CV-284 GLS/CFH**

---

| | |
|---|---|
| Motion by: | Defendants, by and through counsel, Carter, Conboy, Case, Blackmore, Maloney & Laird, P.C. |
| Date, time and place of hearing: | June 6, 2019, at 9:00 a.m., at the United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York. |
| Supporting papers: | Affidavit of Michael J. Murphy, Esq., with supporting exhibits, and Memorandum of Law. |
| Nature of Action: | Sex-based discrimination pursuant to Title IX. |
| Relief demanded: | An Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiff's first amended complaint, with prejudice and on the merits, together with such other and further relief as the Court may deem just and proper. |

| | |
|---|---|
| Answering papers: | Pursuant to L.R. 7.1(b)(1) opposition papers must be filed with the Court and served upon the other parties not less than seventeen (17) days prior to the return date of the motion. |
| Further notice: | This matter is to be taken upon submission of papers without oral argument unless otherwise ordered by the Court. |
| DATED:   May 6, 2019 | CARTER, CONBOY, CASE, BLACKMORE, MALONEY & LAIRD, P.C. |

By: _____
MICHAEL J. MURPHY
Bar Roll No.: 102244
Attorneys for Defendants, Union College, The Board Of Trustees Of Union College, Melissa A. Kelley, Trish Williams And Darcy Czajka
Office and P.O. Address
20 Corporate Woods Boulevard
Albany, NY 12211-2396
Phone: (518) 465-3484
E-Mail: mmurphy@carterconboy.com

TO: NESENOFF & MILTENBERG, LLP
Attorneys for Plaintiff
363 Seventh Avenue, Fifth Floor
New York, NY 10001