UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE,

                                   Case No: 1:19-CV-284 GLS/CFH

                 Plaintiff,


        -against-


UNION COLLEGE; THE BOARD OF TRUSTEES
OF UNION COLLEGE; MELISSA A. KELLEY, individually
and as an agent for Union College; TRISH WILLIAMS,
individually and as an agent for Union College; DARCY A.
CZAJKA, individually and as an agent for Union College,
and ALPHA CHAPTER of THETA DELTA CHI
INTERNATIONAL FRATERNITY at UNION COLLEGE


                 Defendants.
-------------------------------------------------------------------X

---

## DECLARATION OF GABRIELLE M. VINCI, ESQ.
## IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

---

      **GABRIELLE M. VINCI, ESQ.** hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

    1.     I am admitted to practice in the Northern District Court of the State of New York and am a member of the Bar of the New York Courts. I am an associate attorney at the law firm of Nesenoff & Miltenberg, LLP, attorneys for the plaintiff, Jane Doe ("Plaintiff").

    2.     I submit this declaration in opposition to Defendants' Motion to Dismiss the Amended Complaint and for the purpose of introducing certain exhibits relied upon in Plaintiff's accompanying memorandum of law in opposition.

1

3.     Annexed hereto and incorporated herein as Exhibit 1 is a true and accurate copy of Plaintiff's Amended Complaint filed April 22, 2019.

4.     Annexed hereto and incorporated herein as Exhibit 2 is a true and accurate copy of the unreported Decision and Order of Hon. Judge Geoffrey W. Crawford, U.S.D.J. in the matter *Jane Doe v. Hobart and William Smith Colleges*, No. 6:17-cv-6767-GWC (W.D.N.Y. Mar. 11, 2019).

**WHEREFORE**, the Court should deny Defendants' Motion to Dismiss the Amended Complaint and grant Plaintiff such further and other relief that the Court deems just and proper.

**Dated: New York, New York**
**May 20, 2019**

Gabrielle M. Vinci, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500