

# CARTER | CONBOY

ATTORNEYS AT LAW

Michael J. Murphy
Shareholder
Email: mmurphy@carterconboy.com
Direct: (518) 810-0510

May 22, 2019

**VIA ECF FILING**
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY  12207-2974

         Att:    Chief Judge Gary L. Sharpe
         Re:    Jane Doe v. Union College, et al.
                 Civil Case No.: 1:19-cv-284 GLS/CFH
                 Our file: 29780

Dear Judge Sharpe:

    As you know, our office represents the defendants, Union College, The Board of Trustees of Union College, Melissa A. Kelley, Trish Williams and Darcy Czajka, relative to the above-referenced matter. We are in receipt of plaintiff's opposition to our motion to dismiss (Dkt. 20). Pursuant to this Court's Local Rules, we are seeking permission to file a Memorandum of Law in excess of the 10-page limit set forth in Rule 7.1(b)(1). We are requesting permission to file a reply memorandum of law not to exceed fifteen (15) pages. This enlargement is necessary to permit the defendants to address the extensive factual and legal arguments raised in plaintiff's opposition papers.

    Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      MICHAEL J. MURPHY
                                      Bar Roll No.: 102244
                                      E-Mail: mmurphy@carterconboy.com

MJM:mmk

United States District Court
Northern District of New York
May 22, 2019
Page 2

cc: **<u>Via ECF Filing</u>**
    Andrew T. Miltenberg, Esq.
    Nesenoff & Miltenberg, LLP
    363 Seventh Avenue, 5th Floor
    New York, NY 10001