UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                Plaintiff,

      -against-                        Civil Action No: 1:19-CV-0909 GLS/CFH

UNION COLLEGE and THE BOARD OF
TRUSTEES OF UNION COLLEGE,
MELISSA A. KELLEY, Individually and as an
agent for Union College, TRISH WILLIAMS,
Individually and as an agent for Union College,
DARCY CZAJKA, Individually and as an agent
for Union College, and ALPHA CHAPTER of
THETA DELTA CHI INTERNATIONAL
FRATERNITY at UNION COLLEGE,

                Defendants.

---

## STIPULATION AND PROPOSED ORDER TO AMEND THE CAPTION

**WHEREAS**, defendants, Melissa A. Kelley, Individually and as an agent for Union College, Trish Williams, Individually and as an agent for Union College, Darcy Czajka, Individually and as an agent for Union College, and Alpha Chapter of Theta Delta Chi International Fraternity at Union College, have been dismissed as parties to this action,

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties that the caption of this action be amended to reflect that the defendants Melissa A. Kelley, Individually and as an agent for Union College, Trish Williams, Individually and as an agent for Union College, Darcy Czajka, Individually and as an agent for Union College, and Alpha Chapter of Theta Delta Chi International Fraternity at Union College have been dismissed as parties to this action. The new caption shall be as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JANE DOE,

        Plaintiff,

  -against-                            Civil Action No: 1:19-CV-0909 GLS/CFH

UNION COLLEGE and THE BOARD OF
TRUSTEES OF UNION COLLEGE,

        Defendants.

---

DATED: 3/25/2021

NESENOFF & MILTENBERG, LLP

By: GABRIELLE M. VINCI
Bar Roll No.
Attorneys for Plaintiff
363 Seventh Avenue, 5th Floor
New York, NY 10001
E-Mail: gvinvi@nmllplaw.com

DATED: 03/25/2021

BARCLAY DAMON, LLP

By: MICHAEL J. MURPHY
Bar Roll No. 102244
Attorneys for Defendants
80 State Street
Albany, NY 12207
E-Mail: mjmurphy@cbarclaydamon.com

Dated: _____

It is so ORDERED:

_____
CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE